Lenora M. Lapidus (LL-6592)
Women's Rights Project
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, New York 10004
(212) 519-7816
Attorneys for Plaintiffs
Mei Ying Liu and Shu Fang Chen
See signature page for additional attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MEI YING LIU and SHU FANG CHEN, <br><br>Plaintiffs, <br><br>v. <br><br>ORIENTAL BUFFET, INC., d/b/a KING CHEF BUFFET; METROPOLITAN BUFFET CORPORATION, d/b/a METROPOLITAN BUFFET; AN NA ZHENG; XIAO YANG ZHENG; BEN LIANG ZHU; FRANK CHAN, a/k/a KAI TUNG CHEN, a/k/a KAI TONG CHEN, a/k/a KAI CHIANG CHAN, a/k/a KAI CHEUNG CHAN, a/k/a KAI CHEONG CHAN; and DE GI CHING, a/k/a TEH QI CHING, a/k/a JIMMY CHING, <br><br>Defendants. | Civil Action No. 03-2406 (KSH) <br><br>Honorable Katharine S. Hayden, U.S.D.J. <br><br>**STATEMENT OF DAMAGES FOR COUNTS 1 THROUGH 5 OF THE ORIGINAL COMPLAINT** |

### Mei Ying Liu

| | |
|---|---|
| Counts 1 and 2 | $77,846.60 |
|     Unpaid minimum wages ($5.15 X 3040 hours) | $15,656.00 |
|     Unpaid overtime ($7.73 X 3010 hours) | $23,267.30 |
|     Subtotal | $38,923.30 |
|     Federal liquidated damages | $38,923.30 |
| Counts 3 and 4 (state and federal Equal Pay Acts) | $45,500.00 |
|     Average difference compared to male waiters ($13000 X 17.5 months) | $22,750.00 |

| | |
|---|---:|
| Federal liquidated damages | $22,750.00 |
| Count 5 (kickbacks) | $7,512.00 |
| ($108 X 39 weeks) + ($90 X 35 weeks) + ($75 X 2 weeks) | $7,512.00 |
| **Subtotal** | **$130,858.60** |

### Shu Fang Chen

| | |
|---|---:|
| Counts 1 and 2 | $17,053.00 |
| Unpaid minimum wages ($5.15 X 680 hours) | $3,502.00 |
| Unpaid overtime ($7.73 X 650 hours) | $5,024.50 |
| Subtotal | $8,526.50 |
| Federal liquidated damages | $8,526.50 |
| Counts 3 and 4 (state and federal Equal Pay Acts) | $8,000.00 |
| Average difference compared to male waiters ($1000 X 4 months) | $4,000.00 |
| Federal liquidated damages | $4,000.00 |
| Count 5 (kickbacks) | $1,500.00 |
| ($90 X 15 weeks) + ($75 X 2 weeks) | $1,500.00 |
| **Subtotal** | **$26,553.00** |

**TOTAL**                                                                 $157,411.60

Date: *July 16, 2003*

Respectfully submitted,

*Lenora Lapidus*

Lenora M. Lapidus (LL-6592)
Jennifer Arnett Lee
Women's Rights Project
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel: 212-519-7816
Fax: 212-549-2580

Edward M. Barocas (EB-8251)
American Civil Liberties Union of
New Jersey Foundation
35 Halsey Street, Suite 4B
Newark, NJ 07102
Tel: 973-642-2084
Fax: 973-642-6523

Alix R. Rubin (ARR-6732)
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland, NJ 07068-1791
Tel: 973-597-2492
Fax: 973-597-2493
On behalf of the ACLU-NJ

**Attorneys for Plaintiffs**
**Mei Ying Liu and Shu Fang Chen**