# EXHIBIT C

—— LAW OFFICES ——

## DeCOTIIS, FITZPATRICK, COLE & WISLER, LLP

GLENPOINTE CENTRE WEST
500 FRANK W. BURR BOULEVARD
TEANECK, NEW JERSEY 07666
TELEPHONE: (201) 928-1100
TELEFAX: (201) 928-0588
http://www.decotiislaw.com

50 WEST STATE STREET
ONE STATE STREET SQUARE
TRENTON, NEW JERSEY 08608
TELEPHONE: (609) 278-1561
TELEFAX: (609) 278-1562

Writer's Direct Dial No.: (201)907-5237
Writer's Direct E-mail: smannion@decotiislaw.com

EDWARD N. FITZPATRICK (1940-2000)

M. ROBERT DeCOTIIS
ALFRED C. DeCOTIIS
MICHAEL R. COLE
ERIC D. WISLER
MICHAEL R. DeCOTIIS
JONATHAN L. WILLIAMS
WILLIAM R. MAYER •
J. SHELDON COHEN
MICHAEL G. LUCHKIW
JOSEPH M. DeCOTIIS
WILLIAM HARLA
BENJAMIN CLARKE ♦
LOUIS N. RAINONE
JEFFREY D. SMITH ♦
JUDY A. VERRONE
ANTHONY F. LaBUE
WILLIAM R. LUNDSTEN ♦
STEPHEN B. PEARLMAN
PAUL S. WERTHER

THOMAS A. ABBATE ♦
ANTHONY J. ARNONE ♦
MICHAEL J. ASH
JASON D. ATTWOOD
PETER J. CHOI
JAMES L. ESPOSITO
ALEXANDER HEMSLEY III •
CHRYZANTA K. HENTISZ
ANTHONY L. KATCHEN
ALEX J. KEOSKEY
PETER G. KIELY •
LISA M. MASTROGIOVANNI

JEFFREY G. KRAMER
FRANK HUTTLE III
GEORGE G. FRINO
JOHN R. GONZO
MICHAEL A. GALLO, JR.
FRANCIS J. BORIN ♦
STACEY D. ADAMS ♦
GREGORY J. BEVELOCK ♦
GINA A. BILANGI
JERROLD B. BINNEY •
AVIS BISHOP-THOMPSON
EDWARD J. BOCCHER •
MICHAEL J. CACCAVELLI
PATRICIA A. CELANO ♦
KEVIN A. CONTI
DAREN R. EPPLEY
DANIEL J. FITZPATRICK •
VICTORIA A. FLYNN ♦
SUSAN FRUCHTMAN
RONALD H. GORDON

ROBERTO S. MIGLIORELLI ♦
ALEXANDER G. PAPPAS ♦
ALICE M. PENNA ♦
KRISTI M. POLING •
CLARA F. RICCIARDI ♦
RAMON E. RIVERA
WENDY RUBINSTEIN
JOSEPH G. STANCATO ♦
IRAM P. VALENTIN
DEBORAH S. VERDERAME ♦
JORDAN L. WILLIAMS

LISA R. HALPERIN ♦
MATTHEW C. KARRENBERG
KEVIN M. KINSELLA
STEVEN C. MANNION
JEFFREY J. MILLER
ISABEL MIRANDA ♦
BART G. MONGELLI
THOMAS E. NAPOLITANO
DAWN O'CONNOR ♦
ROBERT A. ORTIZ, JR.
RUSSELL J. PASSAMANO
FRANCIS X. REGAN
RICHARD F.X. REGAN
KEITH E. RILEY ♦
PATRICIA J. RYOU •
RYAN J. SCERBO ♦
GEORGE A. SORIAL ♦
CATHERINE E. TAMASIK ♦
SUSAN E. VOLKERT

Of Counsel:
RONALD E. CALISSI
JOSEPH M. JACOBS
JAMES R. NAPOLITANO
WILLIAM P. SCHUBER

♦ Also Admitted in NY
• Also Admitted in PA

March 3, 2006

<u>Via Electronic Filing & U.S. Mail</u>

Hon. Patty Shwartz, U.S.M.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse Bldg.
50 Walnut Street, Room 477
Newark, NJ 07101
(973)645-6596 & (fax)645-6478



RECEIVED MAR - 4 2006 LOWENSTEIN SANDLER ETAL

Re:  **Liu v. Oriental Buffet, et al.**
     <u>**Civil Action No: 03-2406 (KSH)**</u>

Dear Judge Shwartz:

This firm represents the Oriental Buffet, Inc. defendants. We join in the opposition submitted today on behalf of defendant Metropolitan Buffet and supplement as follows:

Plaintiffs are again asking this Court and defense counsel to address a discovery dispute without having the benefit of any facts upon which a well reasoned decision or compromise could be made. The present request is based merely upon the unsubstantiated "possibility" that an employer would fire an employee because of a third-party request for documents. This speculative harm supposedly outweighs the probative value of the information sought.

The Court, however, has already determined that the information is discoverable and

—— LAW OFFICES ——
**DeCOTIIS, FITZPATRICK,**
**COLE & WISLER, LLP**
Page 2

plaintiffs have presented no information to support their assertion that the information would only be of marginal value. They have not informed the Court of their current positions or dates of employment. An employment record based upon one month of service may be marginal. Thus, we need to know, at a minimum, plaintiffs' current positions and dates of employment. If after full disclosure defendants determine that the current employment is not significant, defendants may be inclined to allow plaintiffs to obtain and produce all the records the defense would request from the employers directly.

Your time and attention to this matter are appreciated.

Respectfully submitted,

Steve Mannion

cc:

Donna duBeth Gardiner, Esq.
McElroy, Deutsch & Mulvaney, LLP
1300 Mount Kimble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
(973)993-8100 & (fax)425-0161

George E. Patterson, Jr., Esq.
Lowenstein Sandler, P.C.
65 Livingston Avenue
Roseland, NJ 07068-1791
(973)597-2500 & (fax)597-2400